# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    )<br>    v. )<br>    )<br>EDWIN TOLLINCHI-RODRIGUEZ, )<br>    Defendant. ) | Cause No.: 2:14-cr-28-RL-PRC |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
## UPON A PLEA OF GUILTY BY DEFENDANT EDWIN TOLLINCHI-RODRIGUEZ

TO:   THE HONORABLE RUDY LOZANO, JUDGE,
       UNITED STATES DISTRICT COURT

Upon Defendant Edwin Tollinchi-Rodriguez's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on March 28, 2014, with the consent of Defendant Edwin Tollinchi-Rodriguez, counsel for Defendant Edwin Tollinchi-Rodriguez, and counsel for the United States of America.

The hearing on Defendant Edwin Tollinchi-Rodriguez's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Edwin Tollinchi-Rodriguez under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Edwin Tollinchi-Rodriguez,

I FIND as follows:

(1) that Defendant Edwin Tollinchi-Rodriguez understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Edwin Tollinchi-Rodriguez understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Edwin Tollinchi-Rodriguez understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Edwin Tollinchi-Rodriguez understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Edwin Tollinchi-Rodriguez has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Edwin Tollinchi-Rodriguez is competent to plead guilty;

(6) that Defendant Edwin Tollinchi-Rodriguez understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Edwin Tollinchi-Rodriguez's plea; and further,

I RECOMMEND that the Court accept Edwin Tollinchi-Rodriguez's plea of guilty to the offense charged in Count 1 of the Information and that Defendant Edwin Tollinchi-Rodriguez be adjudged guilty of the offense charged in Count 1 of the Information and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Edwin Tollinchi-Rodriguez be adjudged guilty, a sentencing date before Senior Judge Rudy Lozano will be scheduled. Objections to the Findings and Recommendation are waived unless filed and

served within fourteen days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 28th day of March, 2014.

s/ Paul R. Cherry<br>
MAGISTRATE JUDGE PAUL R. CHERRY<br>
UNITED STATES DISTRICT COURT

cc: All counsel of record
Honorable Rudy Lozano