**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:14-CR-28 |
| ) | |
| EDWIN TOLLINCHI-RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty By Defendant Edwin Tollinchi-Rodriguez, (DE # 10) filed on March 28, 2014. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon Defendant's plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Edwin Tollinchi-Rodriguez's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Information, in violation of Title 18 U.S.C. § 2423(a).

This matter is set for sentencing on July 17, 2014 at 1 p.m.

**DATED:** April 16, 2014        /s/RUDY LOZANO, Judge
                                 **United States District Court**